John J. Hebert (#010633)
Mark W. Roth (#010708)
Wesley D. Ray (#026351)
**POLSINELLI SHUGHART PC**
CityScape Plaza
One E. Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: PhoenixBankruptcyECF@polsinelli.com
E-Mail: jhebert@polsinelli.com
E-Mail: mroth@polsinelli.com
E-Mail: wray@polsinelli.com

*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DOVE VALLEY SCOTTSDALE, LLC | Case No. 2:11-bk-11450-CGC |
| Debtor. | **UNSWORN DECLARATION MADE PURSUANT TO RULE 2016 BY ATTORNEYS FOR THE DEBTOR** |

The undersigned attorney does hereby certify under penalty of perjury and pursuant to Rule 2016(b) of the Bankruptcy Rules of Procedure:

1. That the compensation paid or promised to him for services rendered or to be rendered in connection with the cases are as follows:

> Polsinelli Shughart PC received a retainer in the amount of $50,000. Debtor has agreed to pay Polsinelli Shughart PC at the firm's hourly rates of $135 to $600 per hour.
>
> Polsinelli Shughart PC performed pre-petition work for the Debtor and offset the retainer in the amount $9,962.00.

2. That the source of such compensation is as follows: Mastro Properties, LLC.

…

…

2789529.1

3. That affiant has not shared nor agreed to share such compensation with anyone.

DATED: April 22, 2011.

          POLSINELLI SHUGHART PC

          By: /s/ Mark W. Roth
           John J. Hebert
           Mark W. Roth
           Wesley D. Ray
           CityScape Plaza
           One E. Washington St., Suite 1200
           Phoenix, AZ 85004

          *Attorneys for the Debtor*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on April 22, 2011, to:

U.S. TRUSTEE'S OFFICE
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

By: /s/*Cathie Bernales*

2789529.1