# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DOVE VALLEY SCOTTSDALE, LLC. | Case No. 2:11-bk-11450-CGC |
| Debtor. | **ORDER APPROVING RETENTION OF POLSINELLI SHUGHART PC AS ATTORNEY FOR THE DEBTOR** |

This matter having come before the Court on the Petition (the "Petition") of the Debtor to retain the law firm of Polsinelli Shughart PC as attorneys for the Debtor in the above-entitled Chapter 11 proceeding, and the Petition having been accompanied by a Verified Statement Pursuant to Rule 2014 of Polsinelli Shughart PC setting forth that it is a disinterested party and will represent no other interest than that of the Debtor during this Chapter 11 proceeding, and this Court finding that Polsinelli Shughart PC otherwise qualifies to be the attorneys for the Debtor,

**IT IS HEREBY ORDERED** that the Debtor is authorized to retain the firm of Polsinelli Shughart PC as attorneys for the Debtor until further order of this Court, such retention to be effective as of the date of the filing of the Debtor's bankruptcy petition.

**IT IS HEREBY ORDERED** that no payment of legal fees and costs to Polsinelli Shughart PC shall be made except upon application and further order of this Court.

DATED: _____

_____
Honorable Charles G. Case II
United States Bankruptcy Judge

1

2790417.1